B250a
(1/88)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re  Stephanie A Phillips

                Debtor(s)

Bankruptcy No.  16-11840

Stephanie A Phillips

                Plaintiff(s)

Adversary No.  16-213

First Tennessee Bank

                Defendant(s)

### SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days. **Answer is due August 7, 2016**

        Address of Clerk

        U.S. Bankruptcy Court
        The Madison, 3rd Floor
        400 Washington Street
        Reading  PA   19601

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

        Name/Address of Plaintiff's Attorney
        ROBERT GLAZER, ESQ.
        McLaughlin & Glazer
        800 Walnut Street
        Easton, PA 18042

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



        FOR THE COURT

        Timothy B. McGrath,
        CLERK OF COURT

  July 7, 2016                        By:   /s/ Denise Lavariere

                                                 Deputy Clerk

Bankruptcy No. 16-11480        Adversary No. 16-213

## CERTIFICATE OF SERVICE

I, Robert Glazer, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made July 8, 2016 (date) by:

(✓) Mail service: Regular, first class United States mail, postage pre-paid, addressed to:

President & CEO, D. Bryan Jordan
First Tennessee Bank
3451 Prescott Rd
Memphis, TN 38118

First Tennessee Bank
s/b/m to First Horizon
Home Loan Corporation
P.O. Box 1469
Knoxville, TN 37901

Lauren Berschler Karl Esq
9800 McKnight Rd
Suite 230
Pittsburg, PA 15239

( ) Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

( ) Residence Service: By leaving the process with the following adult at:

( ) Publication: The defendant was served as follows: [Describe briefly]

( ) State Law: The Defendant was served pursuant to the laws of the State of _____ (name of state) as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: 7/27/16

Signature: [signed]

Print Name: Robert Glazer
Business Address: 800 Walnut Street
City, State, Zip: Easton, PA 18042