*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Stephanie A Phillips
    Debtor(s)

Case No: 16–11480–ref
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider:

\*\*Rescheduled Hearing\*\*
Motion to Dismiss Case for Failure to Make Plan Payments , Motion to Dismiss Case. underfunded & feasibility , Motion to Dismiss Debtor(s) for Failure to File Documents Filed by FREDERICK L. REIGLE Represented by LISA MARIE CIOTTI.

    on: 12/1/16

    at: 09:00 AM

    in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date:  10/5/16

Timothy B. McGrath
Clerk of Court

28 – 25
Form 167