United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-11480-ref
Stephanie A Phillips                                                    Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Keith           Page 1 of 2           Date Rcvd: Oct 05, 2016
                              Form ID: 152          Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2016.
```
db              Stephanie A Phillips,    4946 Nicholas St.,    Easton, PA  18045
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr             +Federal National Mortgage Association,    c/o Rosicki, Rosicki & Associates, P.C.,
                 51 E. Bethpage Road,    Plainview, NY 11803-4224
13711705       +Commonwealth pf PA Housing and financing,    211 North Front Street,    Harrisburg, PA 17101-1406
13685559       +Eleanor L. Stull,    4046 Nicholas St.,    Easton, PA 18045-5008
13711706       +Eleanor L. Stull,    2456 Hillside Ave,    Apartment 1,    Easton, PA 18042-6020
13685560       +Federal National Mortgage Association,    3900 Wisconsin Ave, NW,    Washington, DC 20016-2806
13711707        First Tennessee Bank,    1 Franklin St, Concord,    Concord, NH 03301-1000
13697901       +First Tennessee Bank sbm to First Horizon,    Home Loan Corporation,    PO Box 1469,
                 Knoxville, TN 37901-1469
13697067       +First Tennessee Bank sbm to First Horizon,    c/o Lauren Berschler Karl, Esq.,
                 9800 McKnight Road, Suite 230,    Pittsburgh, PA 15237-6004
13711709      ++METROPOLITAN EDISON COMPANY,    BANKRUPTCY DEPARTMENT,    331 NEWMAN SPRINGS ROAD,    BUILDING 3,
                 RED BANK NJ 07701-5688
                (address filed with court: Met-Ed,    P.O. Box 16001,    Reading, PA 19612-6001)
13712600       +Met-Ed, A FirstEnergy Company,    FirstEnergy,    331 Newman Springs Rd Building 3,
                 Red Bank, NJ 07701-5688
13685562       +Seterus,    14523 SW Millikan Way, Suite 200,    Beaverton, OR 97005-2352
13711711       +Seterus Inc,    P.O. Box 1077,    Hartford, CT 06143-1077
13778953       +Seterus, Inc., as the authorized subservicer for F,    P.O. Box 1047,    Hartford CT 06143-1047
13711712        Township of Palmer,    3 Weller Place,    Easton, PA 18045-1975
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            +E-mail/Text: robertsl2@dnb.com Oct 06 2016 02:16:44     Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 06 2016 02:16:34
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 06 2016 02:16:47     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13695565        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 06 2016 02:13:34
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK  73124-8848
13711708       +E-mail/Text: Diane@mvrlaw.com Oct 06 2016 02:16:20     Martha E. Von Rosenstiel, P.C.,
                 649 South Avenue, Suite 7,    Clifton Heights, PA 19018-3541
                                                                                              TOTAL: 5

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-4          User: Keith              Page 2 of 2                  Date Rcvd: Oct 05, 2016
                              Form ID: 152             Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2016 at the address(es) listed below:
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        JENIECE D. DAVIS    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc Jeniece@MVRLAW.COM, bonnie@mvrlaw.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    FIRST TENNESSEE BANK NATIONAL ASSOCIATION ET Al... bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
        LAUREN BERSCHLER KARL    on behalf of Defendant    First Tennessee Bank lkarl@kmllawgroup.com, ddott@kmllawgroup.com
        LAUREN BERSCHLER KARL    on behalf of Creditor    FIRST TENNESSEE BANK NATIONAL ASSOCIATION ET Al... lkarl@kmllawgroup.com, ddott@kmllawgroup.com
        LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        ROBERT   GLAZER    on behalf of Debtor Stephanie A Phillips usbcglazer@gmail.com
        ROBERT   GLAZER    on behalf of Plaintiff Stephanie A Phillips usbcglazer@gmail.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

In Re: Stephanie A Phillips
    Debtor(s)

Case No: 16−11480−ref
Chapter: 13

---

### NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Richard E. Fehling

, United States Bankruptcy Court 12/1/16 at 09:00 AM , in Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Timothy B. McGrath
Clerk of Court

27
Form 152