United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Stephanie A Phillips  
      Debtor

Case No. 16-11480-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4      User: Keith      Page 1 of 1      Date Rcvd: Oct 05, 2016  
                       Form ID: 167      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2016.  
db         Stephanie A Phillips,    4946 Nicholas St.,    Easton, PA   18045  
cr         +Federal National Mortgage Association,    c/o Rosicki, Rosicki & Associates, P.C.,    51 E. Bethpage Road,    Plainview, NY 11803-4224

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2016           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2016 at the address(es) listed below:
       FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
       JENIECE D. DAVIS    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc Jeniece@MVRLAW.COM,    bonnie@mvrlaw.com
       JOSHUA ISAAC GOLDMAN    on behalf of Creditor    FIRST TENNESSEE BANK NATIONAL ASSOCIATION ET Al... bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
       LAUREN BERSCHLER KARL    on behalf of Defendant    First Tennessee Bank lkarl@kmllawgroup.com, ddott@kmllawgroup.com
       LAUREN BERSCHLER KARL    on behalf of Creditor    FIRST TENNESSEE BANK NATIONAL ASSOCIATION ET Al... lkarl@kmllawgroup.com,    ddott@kmllawgroup.com
       LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
       ROBERT   GLAZER    on behalf of Plaintiff Stephanie A Phillips usbcglazer@gmail.com
       ROBERT   GLAZER    on behalf of Debtor Stephanie A Phillips usbcglazer@gmail.com
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                 TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Stephanie A Phillips
    Debtor(s)

Case No: 16–11480–ref
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider:

\*\*Rescheduled Hearing\*\*
Motion to Dismiss Case for Failure to Make Plan Payments , Motion to Dismiss Case. underfunded & feasibility , Motion to Dismiss Debtor(s) for Failure to File Documents Filed by FREDERICK L. REIGLE Represented by LISA MARIE CIOTTI.

on: 12/1/16

at: 09:00 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

Date:  10/5/16

For The Court

Timothy B. McGrath
Clerk of Court

28 – 25
Form 167