UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                  :

STEPHANIE A PHILLIPS
                                                      : Bankruptcy No. 16-11480REF
          Debtor(s)                        : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

                                                                  BY THE COURT

**Date: December 1, 2016**

                                                                  Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

ROBERT GLAZER ESQ
MCLAUGHLIN & GLAZER
800 WALNUT ST
EASTON PA 18042

STEPHANIE A PHILLIPS
4946 NICHOLAS ST.
EASTON,PA.18045