United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                          Case No. 16-11480-ref
Stephanie A Phillips                                                                            Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Cathleen          Page 1 of 2                               Date Rcvd: Dec 01, 2016
                              Form ID: pdf900        Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 03, 2016.
db              Stephanie A Phillips,    4946 Nicholas St.,    Easton, PA   18045
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr             +Federal National Mortgage Association,    c/o Rosicki, Rosicki & Associates, P.C.,
                 51 E. Bethpage Road,    Plainview, NY 11803-4224
13711705       +Commonwealth pf PA Housing and financing,    211 North Front Street,    Harrisburg, PA 17101-1406
13685559       +Eleanor L. Stull,    4046 Nicholas St.,    Easton, PA 18045-5008
13711706       +Eleanor L. Stull,    2456 Hillside Ave,    Apartment 1,    Easton, PA 18042-6020
13685560       +Federal National Mortgage Association,    3900 Wisconsin Ave, NW,    Washington, DC 20016-2806
13711707        First Tennessee Bank,    1 Franklin St, Concord,    Concord, NH 03301-1000
13697901       +First Tennessee Bank sbm to First Horizon,    Home Loan Corporation,    PO Box 1469,
                 Knoxville, TN 37901-1469
13697067       +First Tennessee Bank sbm to First Horizon,    c/o Lauren Berschler Karl, Esq.,
                 9800 McKnight Road, Suite 230,    Pittsburgh, PA 15237-6004
13711709      ++METROPOLITAN EDISON COMPANY,    BANKRUPTCY DEPARTMENT,    331 NEWMAN SPRINGS ROAD,    BUILDING 3,
                 RED BANK NJ 07701-5688
                (address filed with court: Met-Ed,    P.O. Box 16001,    Reading, PA 19612-6001)
13712600       +Met-Ed, A FirstEnergy Company,    FirstEnergy,    331 Newman Springs Rd Building 3,
                 Red Bank, NJ 07701-5688
13685562       +Seterus,    14523 SW Millikan Way, Suite 200,    Beaverton, OR 97005-2352
13711711       +Seterus Inc,    P.O. Box 1077,    Hartford, CT 06143-1077
13778953       +Seterus, Inc., as the authorized subservicer for F,    P.O. Box 1047,    Hartford CT 06143-1047
13711712        Township of Palmer,    3 Weller Place,    Easton, PA 18045-1975

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: robertsl2@dnb.com Dec 02 2016 02:18:45      Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 02 2016 02:18:19
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 02 2016 02:18:55      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13695565        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 02 2016 02:22:16
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK  73124-8848
13711708       +E-mail/Text: Diane@mvrlaw.com Dec 02 2016 02:18:05      Martha E. Von Rosenstiel, P.C.,
                 649 South Avenue, Suite 7,    Clifton Heights, PA 19018-3541
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-4          User: Cathleen            Page 2 of 2              Date Rcvd: Dec 01, 2016
                              Form ID: pdf900          Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2016 at the address(es) listed below:

        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        JENIECE D. DAVIS    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc Jeniece@MVRLAW.COM, bonnie@mvrlaw.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    FIRST TENNESSEE BANK NATIONAL ASSOCIATION ET Al... bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
        LAUREN BERSCHLER KARL    on behalf of Defendant    First Tennessee Bank lkarl@kmllawgroup.com, ddott@kmllawgroup.com
        LAUREN BERSCHLER KARL    on behalf of Creditor    FIRST TENNESSEE BANK NATIONAL ASSOCIATION ET Al... lkarl@kmllawgroup.com, ddott@kmllawgroup.com
        LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        MARIO J. HANYON    on behalf of Creditor    LSF9 Master Participation Trust paeb@fedphe.com
        ROBERT  GLAZER    on behalf of Debtor Stephanie A Phillips usbcglazer@gmail.com
        ROBERT  GLAZER    on behalf of Plaintiff Stephanie A Phillips usbcglazer@gmail.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

        TOTAL: 10

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                            :

STEPHANIE A PHILLIPS
                                                  : Bankruptcy No. 16-11480REF
        Debtor(s)                                 : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: December 1, 2016**

_____
Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

ROBERT GLAZER ESQ
MCLAUGHLIN & GLAZER
800 WALNUT ST
EASTON PA 18042

STEPHANIE A PHILLIPS
4946 NICHOLAS ST.
EASTON,PA.18045