United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Stephanie A Phillips  
     Debtor

Case No. 16-11480-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Cathleen     Page 1 of 1     Date Rcvd: Dec 21, 2016  
                   Form ID: trc       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2016.
13778953    +Seterus, Inc., as the authorized subservicer for F,   P.O. Box 1047,   Hartford CT 06143-1047

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.   TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2016                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2016 at the address(es) listed below:
         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
         JENIECE D. DAVIS    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc Jeniece@MVRLAW.COM, bonnie@mvrlaw.com
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    FIRST TENNESSEE BANK NATIONAL ASSOCIATION ET Al... bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
         LAUREN BERSCHLER KARL    on behalf of Defendant    First Tennessee Bank lkarl@kmllawgroup.com, ddott@kmllawgroup.com
         LAUREN BERSCHLER KARL    on behalf of Creditor    FIRST TENNESSEE BANK NATIONAL ASSOCIATION ET Al... lkarl@kmllawgroup.com, ddott@kmllawgroup.com
         LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
         MARIO J. HANYON    on behalf of Creditor    LSF9 Master Participation Trust paeb@fedphe.com
         ROBERT   GLAZER    on behalf of Plaintiff Stephanie A Phillips usbcglazer@gmail.com
         ROBERT   GLAZER    on behalf of Debtor Stephanie A Phillips usbcglazer@gmail.com
         THOMAS I. PULEO    on behalf of Creditor    FIRST TENNESSEE BANK NATIONAL ASSOCIATION ET Al... tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                  TOTAL: 11

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-11480-ref
Chapter 13

In re: Debtor(s) (including Name and Address)

Stephanie A Phillips
4946 Nicholas St.
Easton PA 18045

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/21/2016.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 4: Seterus, Inc., as the authorized subservicer for F, P.O. Box 1047, Hartford CT 06143 | Caliber Home Loans, Inc.<br>13801 Wireless Way<br>Oklahoma City, OK 73134 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  12/23/16

Tim McGrath
**CLERK OF THE COURT**